STEPHEN H. TURNER, ESQ. (SBN# 89627)
CORINNE R. DEVEZA, ESQ. (SBN 226969)
CARLSON, MESSER & TURNER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
email: TURNERS@cmtlaw.com
email: DevezaC@cmtlaw.com

Attorneys for Defendant,
WELTMAN, WEINBERG & REIS CO., L.P.A.

**FILED**

JUL 21 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| ROBERT W. DUPUY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> WELTMAN, WEINBERG & REIS CO., L.P.A., <br><br> Defendant. | CASE NO. C 06 1888 MMC <br><br> [~~~~~] ORDER EXCUSING THE PERSONAL APPEARANCE OF DEFENDANT AT THE MEDIATION AND PERMITTING TELEPHONIC APPEARANCE <br><br> DATE: August 1, 2006 <br><br> [CLASS ACTION] <br> Judge: Hon. Maxine M. Chesney <br> [19th Floor, Courtroom 7] |

IT IS HEREBY ORDERED, that for Good Cause shown, the personal appearance of defendant, *is excused* WELTMAN, WEINBERG & REIS CO., L.P.A. at the mediation scheduled for August 1, 2006 and is permitted to appear telephonically.

DATED: 7/21/06

*/s/ Wayne D. Brazil*

U.S. ~~DISTRICT COURT~~ JUDGE
*Magistrate*

05475.00:123648

1

[PROPOSED] ORDER                         CASE NO. C-06 1888 MMC