UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. DUPUY, | No. C 06-1888 MMC |
|           Plaintiff, | ORDER RE POSSIBLE RECONSIDERATION OF PRIOR ORDER GRANTING DEFENDANT'S REQUEST TO EXCUSE PERSONAL APPEARANCE AT MEDIATION |
|   v. | |
| WELTMAN, WEINBERG & REIS CO., L.P.A., | |
|           Defendant.<br>_____/ | |

       On July 20, 2006, Defendant's counsel, Corinne Deveza, emailed a letter to Judge Chesney requesting that Defendant's representative be excused from appearing personally at a mediation scheduled for August 1, 2006.  Pursuant to the ADR Local Rules, however, the letter should have been sent to this court, instead.  Judge Chesney forwarded Ms. Deveza's letter, at which time this court contacted Ms. Deveza and asked that she resubmit her request to this court.  On July 21, 2006, Ms. Deveza sent by facsimile to this court the identical letter sent to Judge Chesney.  In this letter, Ms. Deveza represented that "we have advised Plaintiff's counsel today of WWR's intent to appear telephonically and have not yet received any objection."  On July 21, 2006, having reviewed Ms. Deveza's submission, this court signed the proposed Order and excused the personal appearance of Defendant's representative from the mediation.  The next day, on July 22, 2006, counsel for Plaintiff e-

filed an objection to excusing Defendant from personally appearing at the mediation. The court reviewed the objection but did not believe anything in the objection warranted a change in the previously-signed Order.

On July 26, 2006, Irving Berg, counsel for Plaintiff, called to inform this court that he had never seen the July 20, 2006 letter from Ms. Deveza. Indeed, having reviewed the docket on this case, it appears that Ms. Deveza did *not* e-file her letter but, instead, emailed her letter to Judge Chesney directly through Judge Chesney's proposed order mailbox. This electronic mailbox is not accessible to the parties. The only document Ms. Deveza e-filed on the matter was a proposed order, which did not contain substantive support for the Request. In addition, Mr. Berg was *not* copied on the original Request or on the identical Request resubmitted by facsimile to this court. Accordingly, because Mr. Berg's objection appears to have been made after seeing only the proposed order and not the supporting letter request, this court will reconsider its prior Order, **if** Mr. Berg **e-files** a Request to Reconsider on behalf of Plaintiff, supported by relevant information and argument, **by 5:00 p.m. today, July 26, 2006.**

IT IS SO ORDERED.

Dated: July 26, 2006

*/s/ Wayne D. Brazil*
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Parties, WDB, MMC Stats.

2